**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **JOHN GARCIA AND TAMMY GARCIA,** | § § § | |
| Plaintiffs, | § § | |
| **v.** | § § | **CIVIL ACTION NO. 3:17-CV-00343** |
| | § | **JURY REQUESTED** |
| **LOANCARE, LLC AND BAYVIEW LOAN SERVICING, LLC,** | § § § | |
| Defendants. | § | |

## **DEFENDANT'S CORPORATE DISCLOSURES AND CERTIFICATE OF INTERESTED PARTIES**

Pursuant to the Federal Rules of Civil Procedure and the Court's Order for Conference and Disclosure of Interested Parties, Defendant, LoanCare, LLC ("LoanCare or "Defendant"), provides the following information:

1. LoanCare is a limited liability company. LoanCare does not have a direct corporate parent. Its indirect corporate parent is <u>Fidelity National Financial, Inc.</u>, which is publicly traded.

2. The following parties are financially interested in the outcome of the litigation:

   a. Plaintiff John Garcia;

   b. Plaintiff Tammy Garcia;

   c. Defendant LoanCare, LLC; and

   d. Defendant Bayview Loan Servicing, LLC.

Respectfully submitted,

By: */s/ Valerie Henderson*
**Valerie Henderson**
Texas Bar No. 24078655
Fed. ID No. 1392550
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
1301 McKinney Street, Suite 3700
Houston, Texas 77010
(713) 650-9700 – Telephone
(713) 650-9701 – Facsimile
vhenderson@bakerdonelson.com

**ATTORNEY FOR DEFENDANT LOANCARE, LLC.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served upon all counsel of record via the ECF filing system, pursuant to the Federal Rules of Civil Procedure on January 23, 2018.

/*s/ Valerie Henderson*
Valerie Henderson