United States District Court
Southern District of Texas
**ENTERED**
July 26, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOHN GARCIA and TAMMY GARCIA | § § | |
| Plaintiffs. | § § § § | |
| VS. | § | CIVIL ACTION NO. 3:17–CV–00343 |
| LOANCARE, LLC and BAYVIEW LOAN SERVICING, LLC | § § § § § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Pending before the Court are Defendant LoanCare, LLC's Objections to the Recommendation of the United States Magistrate Judge Regarding LoanCare's Motion to Dismiss Plaintiffs' First Amended Complaint ("LoanCare's Objections") (Dkt. 43) and Defendant Bayview Loan Servicing, LLC's Objections to the Recommendation of the United States Magistrate Judge Regarding Bayview Loan Servicing, LLC's Motion to Dismiss ("Bayview's Objections") (Dkt. 44). On June 1, 2018, this case was referred to Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1). On June 25, 2018, Judge Edison filed a Memorandum and Recommendation recommending that Defendant LoanCare, LLC's Motion to Dismiss Plaintiffs' First Amended Complaint Pursuant to FRCP 12(b)(6) and Brief in Support ("LoanCare's Motion to Dismiss") (Dkt. 22) be **GRANTED IN PART AND DENIED IN PART**. Judge Edison further recommended

Bayview Loan Servicing, LLC's Motion to Dismiss and Brief in Support ("Bayview's Motion to Dismiss") (Dkt. 21) be **GRANTED IN PART AND DENIED IN PART**.

LoanCare's Objections and Bayview's Objections were filed on July 9, 2018. In accordance with 28 U.S.C. § 636(b)(1)(c), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered LoanCare's Objections and Bayview's Objections; the Memorandum and Recommendation; the pleadings; and the briefing and arguments of the parties. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) LoanCare's Objections (Dkt. 43) and Bayview's Objections (Dkt. 44) to Magistrate Judge's Memorandum and Recommendation are **OVERRULED**; and

(2) LoanCare's Motion to Dismiss (Dkt. 22) is **GRANTED IN PART AND DENIED IN PART** and Bayview's Motion to Dismiss (Dkt. 21) is **GRANTED IN PART AND DENIED IN PART**.

SIGNED at Galveston, Texas this 19th day of July, 2018.

George C. Hanks, Jr.
United States District Judge